

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MGA Insurance Company, Inc. d/b/a Gainsco Auto Insurance and/or Gainsco Auto Insurance Agency, Inc., | § § § | No. 08-16-00192-CV<br><br>Appeal from the |
| Appellant, | § | 353rd District Court |
| v. | § | of Travis County, Texas |
| Samla Jift Velasquez-Ramirez, | § | (TC# D-1-GN-16-002546) |
| Appellee. | § | |

## O R D E R

Pending before the Court is Appellant's first motion to abate appeal. The motion is GRANTED. We therefore abate the appeal until February 3, 2017. The appellant's shall file their motion to dismiss the appeal or their motion for continuation of abatement on or before February 3, 2017.

IT IS SO ORDERED this 5th day of December, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.